**DISMISS; and Opinion Filed December 4, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-18-00312-CV

_____

**ARTIS GRANVILLE, Appellant**
**V.**
**JENNIFER CASTILLO, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05058-C**

# MEMORANDUM OPINION

Before Justices Lang, Evans, and Boatright
Opinion by Justice Boatright

Before the Court is appellant's November 21, 2018 "Notice of Nonsuit Without Prejudice" in which he states he no longer wishes to prosecute this case. We construe the notice as a motion to dismiss the appeal. We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1).

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

180312F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ARTIS GRANVILLE, Appellant

No. 05-18-00312-CV     V.

JENNIFER CASTILLO, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-17-05058-C.
Opinion delivered by Justice Boatright.
Justices Lang and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee JENNIFER CASTILLO recover her costs of this appeal from appellant ARTIS GRANVILLE.

Judgment entered this 4th day of December, 2018.